CA 06 252S

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| DAVID KENDRICKS, Plaintiff, | CIVIL NO. 2005/164t/c |
| v. | **ACTION FOR DAMAGES** |
| THE HERTZ CORPORATION, Defendant. | JURY TRIAL DEMANDED |

## COMPLAINT

'05 ... 31 P4 :33

**COMES NOW** Plaintiff, DAVID KENDRICKS, by and through undersigned counsel, and for his complaint against the Defendant, THE HERTZ CORPORATION, alleges as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

2. The Plaintiff David Kendricks is a citizen of St. Croix, U.S. Virgin Islands.

3. Defendant The Hertz Corporation (hereinafter "Hertz") is a franchising company that franchises car rental companies throughout the world, is incorporated in Delaware, has its principal place of business in Delaware, and does business in the United States Virgin Islands.

4. On or about May 7, 2005, Plaintiff rented a vehicle from Defendant in Massachusetts.

5. The vehicle was in a defective condition to include, but not limited to, a faulty rear axle.

LAW OFFICES OF
Rohn & Cameron, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
Email: lee@rohnlaw.com

6. Hertz knew or should have known of the dangerous condition of the vehicle.

7. Hertz failed to warn the Plaintiff of the dangerous condition of the vehicle.

8. On or about May 11, 2005, while plaintiff was driving the vehicle in Rhode Island, the rear axle came off the vehicle.

9. As a result, the Plaintiff lost control of the vehicle and hit several mailboxes and caused other damage.

10. As a result, the Plaintiff was thrown about the vehicle and suffered physical injuries, medical expenses, loss of income, loss of capacity to earn income, mental anguish, pain and suffering, and loss of enjoyment of life, all of which are expected to continue into the foreseeable future.

11. Plaintiff has been asked to pay for the damages that the vehicle caused, and to the extent he is required to do so, he further has been damaged

**WHEREFORE,** Plaintiff prays for damages as they may appear, for pre- and post-judgment interest, for costs and fees, and for such other relief as this Court deems fair and just.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: 10/26/05

BY: ______________________________

Lee J. Rohn, Esq.
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954