KENDRICK, DAVID v. HERTZ CORPORATION

05-CV-0164-F

| DIST | OFF | DOCKET YR. NMBR | ORIG | FILE DATE | J | NATURE OF SUIT | DIVERSITY PTF | DIVERSITY DEF | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0391 | 1 | 05 0164 | 1 | 10/31/2005 | 4 | 350 | 1 | 5 | No | | 9107 | 91BC | 78010 | Yes |

CAUSE: TORTS-PERSONAL INJURY; Motor Vehicle

## PLAINTIFF

KENDRICK, DAVID

## DEFENDANT

HERTZ CORPORATION

## COUNSEL FOR PLAINTIFF

LEE J. ROHN, ESQ.
1101 KING STREET, SUITE 2
FAX 773-2954
CHRISTIANSTED, VI 00820-4933
(340) 778-8855
*for:* KENDRICK, DAVID

## COUNSEL FOR DEFENDANT

CHETEMA LUCAS, ESQ.
LAW OFFICE OF DOUGLAS CAPDEVILLE
27 & 28 KING CROSS STREET
P.O. BOX 6123
CHRISTIANSTED, VI 00820-6123
(340) 719-6697
*for:* HERTZ CORPORATION

CERTIFIED A TRUE COPY THIS
22ND DAY OF May 2006
WILFREDO F. MORALES
CLERK OF THE COURT
BY [signature]
DEPUTY

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/31/2005 | 1 | COMPLAINT |
| 10/31/2005 | 2 | SUMMONS issued for The Corporation Trust Company |
| 12/13/2005 | 3 | RETURN of service exec on Scott LaScala for the corp. Trust Company on 11/17/05 |
| 12/21/2005 | 4 | NOTICE OF FILING (AMENDED) |
| 01/09/2006 | 5 | NOTICE of appearance by Chetema Lucas Francis, Esq. |
| 01/09/2006 | 6 | ANSWER |
| 01/09/2006 | 7 | MOTION to transfer due to forum nonconviens |
| 01/09/2006 | 8 | MEMORANDUM of law in support og the hertz Corp motion to transfer due to forum nonconviens |
| 01/10/2006 | 9 | ORDER on scheduling conference on 1/23/2006 @ 2:00 p.m. cc attys |
| 01/23/2006 | 10 | ORDER (GWC) scheduling entered from conference held on 1/13/06, status scheduled for 9/6/06 @ 11:00 A.M. cc attys |
| 01/24/2006 | 11 | STIPULATION by parties |
| 01/24/2006 | 12 | ORDER (GWC) that the partiesstipulation is GRANTED, cc attys |
| 02/10/2006 | 13 | STIPULATION for extension of time by parties |
| 02/13/2006 | 14 | ORDER (GWC) that the parties Stipulation is GRANTED, cc attys |
| 02/17/2006 | 15 | MOTION for extension of time to respond to deft motion to transfer venue due to forum nonconveniens |
| 02/22/2006 | 16 | MOTION to vacate court order dated 2/22/06 |
| 02/22/2006 | 17 | OPPOSITION to pltf motion for extension of tme to respond to deft motion to transfer venue due to forum nonconveniens |
| 02/22/2006 | 18 | ORDER (GWC) pltf motion GRANTED, pltf shall have up to ind including 3/3/06 in which to respond to said motion |
| 03/03/2006 | 19 | OPPOSITION to deft Hertz Corporation's motion to transfer venue due to forum nonconveniens by pltf |
| 03/03/2006 | 20 | voluntary disclosure pursuant to rule 26 by pltf |
| 03/07/2006 | 21 | NOTICE of service of voluntary disclosure pursuant to rule 26 by pltf |
| 03/08/2006 | 22 | NOTICE to court by pltf |
| 03/09/2006 | 23 | ORDER (GWC) denying motion to vacate court order dated February 22, 2006 cc attys |
| 03/09/2006 | 24 | NOTICE to the court by deft |
| 03/14/2006 | 25 | MOTION for extension of time to reply to pltf's opposition to deft's motion to transfer due to forum nonconveniens by deft |
| 03/15/2006 | 26 | ORDER (GWC) that deft's motion is GRANTED cc attys |
| 03/29/2006 | 27 | REPLY to pltf's opposition to Hertz Corporation's motion to transfer due to Forum nonconviens by deft |
| 03/28/2006 | 28 | NOTICE of service of rule 26 voluntary disclosures by deft |
| 04/12/2006 | 29 | NOTICE of production by deft |
| 04/20/2006 | 30 | MOTION to amend complaint by pltf |
| 05/17/2006 | 31 | ORDER (GWC) Defendant's Motion to Transfer Due to Forum Nonconviens[sic](Docket No. 7) is GRANTED. 2. This matter is TRANSFERRED to the United States District Court of Rhode Island, and the Clerk of Court shall forward a copy of the file in this matter to said court, cc attys |