**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS, Plaintiff, | ) | CIVIL NO. 2005/164 F/C |
| v. | ) | **ACTION FOR DAMAGES** |
| THE HERTZ CORPORATION, Defendant. | ) | JURY TRIAL DEMANDED |

RECEIVED '06 APR 20 P5:17

**MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff, by and through undersigned counsel, and moves this Court for leave to file an amended complaint. The amended complaint adds causes of action that have arisen since the Complaint was filed.

This motion is further support by the proposed First Amended Complaint attached hereto as Exhibit 1.

WHEREFORE, Plaintiff seeks leave to amend his Complaint.

Respectfully Submitted,

LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: 4/19/06

BY: ______________________
Lee J. Rohn, Esq.
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

LAW OFFICES OF
Rohn &
Cameron, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

30

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 20th day of April, 2006, I caused a true and correct copy of **MOTION TO AMEND COMPLAINT** to be hand delivered to:

Chetema Lucas Francis, Esquire
Law Offices of Douglas Capdeville, P.C.
2107 Company Street
St. Croix, VI 00820
*Attorney for Defendant*