UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID KENDRICKS | : | |
| | : | |
| v. | : | C.A. No. 06-252S |
| | : | |
| THE HERTZ CORPORATION | : | |

## ORDER TO SHOW CAUSE

On May 17, 2006, the District Court of the Virgin Islands granted Defendant's Motion to Transfer Venue to this District. The transfer order was filed in this District on May 24, 2006 as well as a motion by Plaintiff to amend his Complaint. The Motion to Amend has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).

In order to appear in this Court, an attorney must be a member of the Bar of this Court or admitted pro hac vice upon motion and with the affiliation of local counsel who is a member of the Bar of this Court. See LR Gen. 201 and 204. Plaintiff's counsel is not a member of the Bar of this Court and, to date, he has not engaged local counsel or moved for pro hac vice admission as required by this Court's local rules. Also, there is no indication in the record that Plaintiff, a Virgin Islands citizen, intends to represent himself and enter a pro se appearance in this case. My Clerk has unsuccessfully attempted to contact Plaintiff's counsel to resolve the issue of attorney representation and to deal with the pending Motion to Amend.

This matter has been pending in this Court for approximately forty-five days and the issue of attorney representation remains unresolved. Thus, a telephone hearing will be held on **July 13, 2006 at 11:30 a.m.** in order for Plaintiff's Virgin Islands counsel to show cause why this case should

not be dismissed for failure to comply with this Court's local rules regarding attorney representation. See LR Gen. 201 and 204.

LINCOLN D. ALMOND
United States Magistrate Judge
July 7, 2006