UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID KENDRICKS | : | |
| | : | |
| v. | : | C.A. No. 06-252S |
| | : | |
| THE HERTZ CORPORATION | : | |

**ORDER**

On May 17, 2006, the District Court of the Virgin Islands granted Defendant's Motion to Transfer Venue to this District. The transfer order was filed in this District on May 24, 2006 as well as a motion by Plaintiff to amend his Complaint. The Motion to Amend has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).

On July 7, 2006, this Court entered an Order to Show Cause why this case should not be dismissed for failure to comply with this Court's local rules regarding attorney representation. On July 11, 2006, Plaintiff's counsel provided this Court with a copy of an Order entered by Chief Judge Finch of the District Court of the Virgin Islands on July 7, 2006 staying the transfer of this case to Rhode Island pending resolution of Plaintiff's appeal of the May 17, 2006 Order of Magistrate Judge Cannon granting Defendant's Motion to Transfer Venue to this District. Since Magistrate Judge Cannon's Transfer Order has been stayed, the case remains in the District Court of the Virgin Islands pending resolution of Plaintiff's appeal. Thus, the Order to Show Cause issued by this Court on July 7, 2006 is VACATED. Also, this Court recommends that District Judge Smith enter an Order administratively closing the case in this District (C.A. No. 06-252S) since the transfer of this case to Rhode Island has been stayed by Chief Judge Finch.

LINCOLN D. ALMOND
United States Magistrate Judge
July 12, 2006