UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David Kendricks

v. C.A. No. 06-252S

The Hertz Corporation

**ORDER**

The transfer of this case to the District of Rhode Island was stayed on July 7, 2006 by Chief Judge Finch of the District Court of the Virgin Islands pending resolution of Plaintiff's appeal. Since the case remains in the District Court of the Virgin Islands and it is not likely that any further action will develop in this Court for a substantial period of time, there appears to be no reason to maintain the file as an open one for statistical purposes. The Clerk of this Court is instructed to submit a JS-6 form to the Administrative Office of the United States Courts.

Nothing in this Order will be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Order:

By: ____________________
Deputy Clerk

Enter:

____________________
William E. Smith
U.S. District Judge

Date: 7/13/06

13