UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID KENDRICKS,
    Plaintiff

v.                                   C.A. No. 06-252 S

THE HERTZ CORPORATION,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 26, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss for Failure to Comply with a Court Order is GRANTED, Plaintiff's Complaint is DISMISSED WITH PREJUDICE, and FINAL JUDGMENT hereby enters in favor of the Defendant The Hertz Corporation.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/15/09